IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02223-AP

JOHN R. GEHRIG,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.


**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303) 757-5000
Fax (303) 689-9627
E-mail: abbott.teresa@gmail.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
tom.kraus@ssa.gov

1

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. ¤ 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed: 09/10/2010**
**B. Date Complaint Was Served on U.S. Attorney's Office: 09/28/2010**
**C. Date Answer and Administrative Record Were Filed: 11/12/2010**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states**: That the Administrative Record appears to be complete and accurate.

**Defendant states**: That the Administrative Record appears to be complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states**: None anticipated.

**Defendant states**: None anticipated.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7.     OTHER MATTERS**

There are no other matters.

## 8. BRIEFING SCHEDULE

**Due to workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this case management plan, as follows:**

**A. Plaintiff's Opening Brief Due: 01/25/2011**
**B. Defendant's Response Brief Due: 03/07/2011**
**C. Plaintiffs Reply Brief (If Any) Due: 03/22/2011**

**Court's note:**   *DUE TO THE LENGTHY BRIEFING PERIOD, REQUESTS FOR EXTENSIONS WILL NOT BE CONSIDERED ABSENT EXTREME CIRCUMSTANCES.*

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.    Plaintiff's Statement:** Plaintiff does not request oral argument.

**B. Defendant's Statement:**  Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.     (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.L.Civ.R. 7.1(c) by submitting proof that a copy of the motion has been

served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 7th day of December, 2010.

BY THE COURT:

***S/John L. Kane***
U.S. DISTRICT COURT JUDGE


APPROVED:
For Plaintiff:                                      For Defendant:

s/Teresa H. Abbott                                  JOHN F. WALSH
TERESA H. ABBOTT                                    United States Attorney
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite                     KEVIN TRASKOS
200                                                 Chief, Civil Division
Denver, CO 80237                                    United States Attorney's Office
Telephone (303)757-5000                             District of Colorado
Fax (303) 689-9627
E-mail: abbott.teresa@gmail.com                     s/ Thomas H. Kraus
                                                    THOMAS H. KRAUS
Attorney for Plaintiff                              Special Assistant U.S. Attorney
                                                    1001 17th Street
                                                    Denver, Colorado 80202
                                                    Telephone: (303) 844-0017
                                                    tom.kraus@ssa.gov

                                                    Attorneys for Defendant